UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**JURY TRIAL DEMANDED**

CASE NO. 13-CV-24216-LENARD/GOODMAN

LEEANN HOLDERBAUM,

    Plaintiff,

v.

CARNIVAL CORPORATION,
a Panama corporation d/b/a
"CARNIVAL CRUISE LINES,"

    Defendant.
_____/

**<u>PLAINTIFF'S MOTION TO DEEM HER EXPERT DISCLOSURE TO BE AMENDED; INCORPORATED MEMORANDUM OF LAW; AND LOCAL RULE 7.1 CERTIFICATE</u>**

COMES NOW plaintiff, LEEANN HOLDERBAUM, by and through undersigned counsel, and respectfully moves the Court for an order deeming her expert disclosure to be amended as necessary to utilize the testimony of defendant's engineer expert, BRYAN EMOND, P.E., USCG (ret.), as substantive evidence in plaintiff's case-in-chief at trial.

As grounds for this motion, plaintiff would respectfully show the following:

1.    The parties timely disclosed their trial liability and medical experts.

2.    On or about October 22, 2014, the defendant timely disclosed BRYAN EMOND, an engineer and retired Coast Guard officer, as a liability expert (along with a Rule 26 report, *resume*, case list, and billing schedule).

3.    The defendant produced EMOND for deposition by plaintiff in two (2) sessions, occurring on November 7, 2014 and November 19, 2014.

4. Mr. EMOND *gave much testimony favorable to the plaintiff*, including outright endorsements of several of plaintiff's premises if not conclusions in this case, *e.g.*, (1) that international safety requirements promulgated by the International Maritime Organization (IMO) under the Safety of Life at Sea (SOLAS) treaty (that require escape routes aboard vessels be kept free of obstructions) *apply at all times* rather than just during emergencies; (2) the stairway where the subject incident occurred is an escape route; (3) that a tripping hazard on a vessel stairway *at any time* is a SOLAS violation; (4) that the nosing lip on the subject stairway where plaintiff tripped and fell was capable of arresting her shoe and causing her fall; (5) that the lip in question is not an "open and obvious danger" (to unfamiliar passengers); (6) that a change in walkway elevation capable of snagging a shoe (i.e., a "lip") is a "tripping hazard;" and (7) that the handrail the plaintiff was holding is too large and asymmetrical to grasp firmly.

5. The plaintiff now naturally wishes to be able to offer testimony by Mr. EMOND in her case-in-chief which should otherwise be allowable. See *House v. Combined Ins, Co. of America*, 168 F.R.D. 236 (N.D. Iowa 1996)(allowing party to use testimony of opponent's expert as substantive evidence in case-in-chief at trial); and *Crowe v. Nivison*, 145 F.R.D. 657 (D. Md. 1993)(same).

6. Here, there can be *no possibility* of surprise or unfair prejudice to the defendant, who hired Mr. EMOND in the first place; and who has had access to, and been in possession of, Mr. EMOND's opinions and Rule 26 materials since before the relevant expert disclosure deadline.

WHEREFORE, the plaintiff requests that the Court deem her expert disclosure to be amended to the extent necessary to call Mr. EMOND in her case-in-chief at trial (or to use his deposition in the event of his unavailability).

## LOCAL RULE 7.1.(a).(3) CERTIFICATE

**I HEREBY CERTIFY** that I have conferred with defendant CARNIVAL's counsel who cannot agree to the relief requested in this motion.

        ERIKSEN LAW FIRM
        */s/      Michael D. Eriksen*
        MICHAEL D. ERIKSEN
        Florida Bar No.: 316016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        ERIKSEN LAW FIRM
        2161 Palm Beach Lakes Boulevard
        Suite 410
        West Palm Beach, FL 33409-6611
        Tel:    866-493-9902 (Toll-free)
                   561-684-7612 (Main)
        Fax:   561-533-8715
        mde@travelaw.com
        Attorney for Plaintiff

        By: /s/  Michael D. Eriksen
             MICHAEL D. ERIKSEN
             Florida Bar No. 316016

## SERVICE LIST

*Holderbaum v. Carnival Corporation*
CASE NO.  13-CV-24216-LENARD/GOODMAN
United States District Court, Southern District of Florida

Jeffrey E. Foreman, Esquire
jforeman@fflegal.com
Andrew Craven, Esquire
acraven@fflegal.com
Samantha S. Loveland, Esquire
sloveland@fflegal.com
Foreman Friedman, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Tel:     305-358-6555
Fax:    305-374-9077
Counsel for Defendant
Service via CM/ECF Notice of Electronic Filing

Michael D. Eriksen, Esquire
mde@travelaw.com
Eriksen Law Firm
2161 Palm Beach Lakes Blvd., Suite 410
West Palm Beach, FL 33409
Tel:     866-493-9902
Fax:    561-533-8715
Counsel for Plaintiff
Service via CM/ECF Notice of Electronic Filing